*Order Filed on 1/14/2010 by Clerk U.S. Bankruptcy Court District of New Jersey*

UNITED STATES BANKRUPTCY COURT
NEW JERSEY DISTRICT

STEPHANIE SHRETER, ESQUIRE
105 High Street
Mount Holly NJ 08060
609-265-9600
Attorney for the Debtor(s)

In Re:

**Paula Mariano**

Debtor

:Case #09-42489
:Chapter 13
:
:Hearing Date: 1/12/2010
:Judge: Michael B. Kaplan

## ORDER TO CONTINUE THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: 1/14/2010**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge


_____
**Honorable Michael B. Kaplan
United States Bankruptcy Court**

Page 2
Debtor: Paula Mariano
Case No.: 09-42489

This matter having been opened to the Court by Stephanie Shreter, Esq., attorney for the Debtors and Stephanie Shreter having appeared on behalf of the Debtors and good cause having been shown;

It is on this 12th day of January, 2010 ORDERED and ADJUDGED that the debtor having satisfied the requirements of 11 U.S.C.362 (c)(3)(B) the automatic stay shall be permitted to continue.

*Approved by Judge Michael Kaplan January 14, 2010*